IN THE UNITED STATES BANRKUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| MICHAEL KENT MOLEN, | ) | CASE NO. 03-67853 |
|     Debtor | ) | CHAPTER 7 |
| ESTATE OF WILLIAM J. WAGER, | ) | ADVERSARY |
|     Plaintiff | ) | |
| | ) | PROCEEDING |
| vs. | ) | |
| | ) | NO. 03-9278 |
| MICHAEL KENT MOLEN, | ) | |
|     Defendant | ) | |

ANSWER TO ADVERSARY PROCEEDING

Comes now the above-named Debtor/Defendant and answers Plaintiff's Complaint as follows:

1.

Debtor/Defendant admits the allegations in paragraphs 1, 2 and 3.

2.

For want of sufficient information, Debtor/Defendant can neither admit nor deny the allegations in paragraph 4 of Plaintiff's Complaint.

3.

Debtor/Defendant denies the allegations in paragraphs 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16 and 17 of Plaintiff's Complaint.

4.

Debtor/Defendant denies the allegations in Count One, Count Two, Count Three, Count Four and Count Five of Plaintiff's Complaint.

5.

Debtor/Defendant denies any allegations in any other paragraphs that are not denied or admitted above.

/s/_____

WYNN PELHAM
Attorney for Debtor/Defendant
GA Bar No. 570700

Five Hurricane Shoals Road
Suite A
Lawrenceville, GA 30045
(770) 963-3328

CERTIFICATE OF SERVICE

The undersigned Wynn Pelham, of Five Hurricane Shoals Road, Suite A, Lawrenceville, Georgia 30045, hereby certifies:

That I am, and at all times hereinafter mentioned, was more than 18 years of age, and that on the below date, I served a copy of the within Answer in this bankruptcy to the Trustee and any interested parties at the following by U. S. Mail:

R. Daniel Douglass
Stites & Harbison
303 Peachtree Street, NE
2800 Sun Trust Plaza
Atlanta, GA 30308-3252

Neil C. Gordon
Chapter 7 Trustee
2800 One Atlantic Center
1201 W. Peachtree Street
Atlanta, GA 30309-3450

Office of the U S Trustee
75 Spring Street
Suite 362
Atlanta, GA 30303

This 24th day of September, 2003.

/s/_____

WYNN PELHAM
GA Bar No. 570700
Attorney for Debtor/Defendant

Five Hurricane Shoals Road
Suite A
Lawrenceville, GA 30045
(770) 963-3328