ENTERED ON DOCKET

MARCH 11, 2005

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: ) | CHAPTER 7 |
| ) | |
| MICHAEL KENT MOLEN ) | CASE NO. 03-67853-MHM |
| ) | |
| Debtor ) | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| | |
|---|---|
| ESTATE OF WILLIAM J. WAGER ) | |
| ) | |
| Plaintiff ) | |
| v. ) | **ADVERSARY PROCEEDING** |
| ) | **NO. 03-9278** |
| MICHAEL K. MOLEN ) | |
| ) | |
| Defendant ) | |

**O R D E R**

Hearing was held January 19, 2005, on Debtor's motion to set aside an order entered March 30, 2004. Debtor appeared at the hearing *pro se*. No one appeared on behalf of Plaintiff. For the reasons set forth on the record at that hearing, it is hereby

ORDERED that Debtor's motion to set aside the order entered March 30, 2004 is denied.

The Clerk is directed to serve this Order upon Debtor, Plaintiff's attorney, Wynn Pelham, the Chapter 7 Trustee and the U.S. Trustee.

IT IS SO ORDERED, this the 11th day of March, 2005.

_____
MARGARET H. MURPHY
UNITED STATES BANKRUPTCY JUDGE